# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> Defendants-Appellants. | No. 25-2228 |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

The parties respectfully request that the Court modify the briefing schedule set by its order of November 13, 2025, so that (1) the government's opening brief and appendix are due January 22, 2026; (2) Plaintiffs-Appellees' response brief is due March 10, 2026; and (3) the government's reply brief is due April 9, 2026. In further support of that request, the parties state as follows:

1. On October 15, 2025, this Court entered a briefing order pursuant to which the government's deadline to file its opening brief and appendix was November 24, 2025. On November 10, 2025, the government filed a motion, which the plaintiffs did not oppose, seeking to stay the

briefing schedule and propose a modified schedule within seven days of appropriations resuming, which the Court granted on November 12, 2025. On November 13, 2025, following the resumption of appropriations, the Court entered a new briefing schedule pursuant to which the government's opening brief and appendix are due December 23, 2025.

2. The government requires additional time to file its opening brief and appendix for two reasons. First, this matter has recently been reassigned to a new attorney at the Department of Justice because the government's prior counsel, Casen Ross, is leaving the Department. Undersigned counsel therefore requires additional time to become familiar with this case and prepare a brief that appropriately addresses the various issues. Second, the Department of Justice is currently facing an enormous backlog of briefing deadlines as a result of interruptions to ordinary civil litigation functions during the lapse in appropriations.

3. In seeking to maintain approximate parity of briefing time, Plaintiffs-Appellees seek an enlargement of 17 days to the time typically allotted for an appellee's brief.

# CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court modify the briefing order so that (1) the government's opening brief and appendix are due January 22, 2026; (2) plaintiffs' response brief is due March 10, 2026; and (3) the government's reply brief is due April 9, 2026.

|  |  |
|---|---|
| /s/ *Madeline H. Gitomer* <br> MADELINE H. GITOMER <br> KALI SCHELLENBERG <br> BROOKE MENSCHEL <br> ANDREW BOOKBINDER <br> VICTORIA S. NUGENT <br> Democracy Forward Foundation <br> P.O. Box 34553 <br> Washington, DC 20043 <br> (202) 448-9090 <br> mgitomer@democracyforward.org <br> kschellenberg@democracyforward.org <br> bmenschel@democracyforward.org <br> abookbinder@democracyforward.org <br> vnugent@democracyforward.org <br><br> *Counsel for Plaintiffs-Appellees* | Respectfully submitted, <br><br> CHARLES W. SCARBOROUGH <br> s/ *Steven A. Myers* <br> STEVEN A. MYERS <br> *Attorneys, Appellate Staff* <br> *Civil Division, Room 7232* <br> *U.S. Department of Justice* <br> *950 Pennsylvania Avenue NW* <br> *Washington, DC 20530* <br> *(202) 305-8648* <br><br> Steven.A.Myers@usdoj.gov <br><br> *Counsel for defendants* |

November 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared using in 14-point CenturyExpd BT, a proportionally spaced typeface, and that it complies with the type-volume limitation of Circuit Rule 27-1(1)(d) and 32-3(2) because it contains 334 words, according to Microsoft Word.

*s/ Steven A. Myers*
Steven A. Myers
