FILED: November 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2228
(1:25-cv-00628-SAG)

_____

AMERICAN FEDERATION OF TEACHERS; AMERICAN SOCIOLOGICAL ASSOCIATION; AMERICAN FEDERATION OF TEACHERS - MARYLAND; EUGENE SCHOOL DISTRICT 4J

       Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in his official capacity as Acting Assistant Secretary for the Office for Civil Rights; LINDA MCMAHON, in her official capacity as Secretary of Education

       Defendants - Appellants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 01/22/2026

Opening brief due: 01/22/2026

Response brief due: 03/10/2026

Any reply brief due: 04/09/2026

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk