# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants-Appellants. | No. 25-2228 |

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to the dismissal of this appeal, with each side to bear its own fees and costs related to this appellate proceeding.

|  | Respectfully submitted, |
|---|---|
| /s/ Madeline H. Gitomer | BRETT A. SHUMATE |
| MADELINE H. GITOMER | *Assistant Attorney General* |
| KALI SCHELLENBERG | |
| BROOKE MENSCHEL | CHARLES W. SCARBOROUGH |
| ANDREW BOOKBINDER | s/ Steven A. Myers |
| VICTORIA S. NUGENT | STEVEN A. MYERS |
| Democracy Forward Foundation | *Attorneys, Appellate Staff* |
| P.O. Box 34553 | *Civil Division, Room 7232* |
| Washington, DC 20043 | *U.S. Department of Justice* |
| (202) 448-9090 | *950 Pennsylvania Avenue NW* |
| mgitomer@democracyforward.org | *Washington, DC 20530* |
| kschellenberg@democracyforward.org | (202) 305-8648 |
| bmenschel@democracyforward.org | *Steven.A.Myers@usdoj.gov* |
| abookbinder@democracyforward.org | *Counsel for defendants* |
| vnugent@democracyforward.org | |

*Counsel for Plaintiffs-Appellees*

JANUARY 2026