FILED: January 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2228
(1:25-cv-00628-SAG)

_____

AMERICAN FEDERATION OF TEACHERS; AMERICAN SOCIOLOGICAL ASSOCIATION; AMERICAN FEDERATION OF TEACHERS - MARYLAND; EUGENE SCHOOL DISTRICT 4J

      Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in his official capacity as Acting Assistant Secretary for the Office for Civil Rights; LINDA MCMAHON, in her official capacity as Secretary of Education

      Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk