FILED: January 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2228
(1:25-cv-00628-SAG)

_____

AMERICAN FEDERATION OF TEACHERS; AMERICAN SOCIOLOGICAL ASSOCIATION; AMERICAN FEDERATION OF TEACHERS - MARYLAND; EUGENE SCHOOL DISTRICT 4J

      Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in his official capacity as Acting Assistant Secretary for the Office for Civil Rights; LINDA MCMAHON, in her official capacity as Secretary of Education

      Defendants - Appellants

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*